No. 80–1312. ELBERT *v.* BOARD OF EDUCATION OF LANARK COMMUNITY UNIT SCHOOL DISTRICT #305, CARROLL COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1316. BAUER *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1318. GODEK *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 80–1321. METROPOLITAN DETROIT AREA HOSPITAL SERVICES, INC. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–1347. DIORIO ET AL. *v.* KREISLER-BORG CONSTRUCTION CO., INC. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–1357. WINSTON, SHERIFF, ET AL. *v.* EBY ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–1370. PETERSON *v.* SORLIEN ET AL. Sup. Ct. Minn. Certiorari denied.

No. 80–1387. TANN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–1409. NEW YORK *v.* WARNER-LAMBERT CO. ET AL. Ct. App. N. Y. Certiorari denied.

No. 80–1412. IHLE ET AL *v.* FLORIDA PUBLISHING CO. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.